Hon. Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIRA OWNERS ASSOCIATION,<br><br>       Plaintiff<br><br>       v.<br><br>JEFF LAWRENCE and JANE DOE LAWRENCE, husband and wife, and their marital community; et al.,<br><br>       Defendants | NO. C10-0630-RAJ<br><br>JUDGMENT AND FORECLOSURE DECREE |

<u>SUMMARY JUDGMENT AND FORECLOSURE DECREE</u>

THIS MATTER having come on before the Court on Plaintiff's Motion for Summary Judgment and Foreclosure Decree and United States' Cross-Motion for Summary Judgment, and the Court having considered the files, records and pleadings herein, including:

1.  Plaintiff's Motion for Summary Judgment and Foreclosure Decree;

2.  Certified Declaration of Marcel Scheel in Support of Plaintiff's Motion for Summary Judgment, and the exhibits thereto;

3.  Declaration of Inge A. Fordham in Support of Plaintiff's Motion for Summary Judgment, and the exhibits thereto;

4.  United States' Response to Plaintiff's Motion for Summary Judgment;

5.  Summary Judgment Response of Jeff Lawrence;

**SUMMARY JUDGMENT AND FORECLOSURE DECREE - 1**

Sundberg & Pody Law Office, PLLC
1215 Fourth Avenue, Suite 920
Seattle, WA 98161-1030
206-230-0212

      6.    Plaintiff's Reply in Support of Motion for Summary Judgment and Foreclosure Decree;

      7.    Supplemental Declaration of Inge A. Fordham in Support of Plaintiff's Motion for Summary Judgment and Foreclosure Decree, and the exhibits thereto;

      8.    United States' Cross-Motion for Summary Judgment;

      9.    Plaintiff's Opposition to United States' Cross-Motion for Summary Judgment;

      10.   United States' Reply to Plaintiff's Opposition to Cross-Motion for Summary Judgment;

It is now, therefore,

ORDERED, ADJUDGED and DECREED that plaintiff shall be awarded an _in personam_ judgment for post-petition and non-dischargeable condominium assessments against defendants JEFF LAWRENCE and JANE DOE LAWRENCE, husband and wife, and their marital community, and against the real property described herein, in the amounts as follows:

| | |
|---|---|
| Principal Judgment Amounts [including monthly assessments, late charges and title report]: | $   7,280.18 |
| Interest on balances due (through 12/03/10): | $   1,301.18 |
| Attorney Fees: | $   7,858.50 |
| Costs: | $     677.58 |

Post judgment interest on the total judgment amount to accrue at the rate of 12% per annum.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that plaintiff shall be awarded an _in rem_ judgment against the real property described herein in the amounts as follows:

| | |
|---|---|
| In Rem Principal Judgment Amounts [including monthly assessments, late charges and title report]: | $   8,601.51 |

**SUMMARY JUDGMENT AND FORECLOSURE DECREE - 2**

Sundberg & Pody Law Office, PLLC
1215 Fourth Avenue, Suite 920
Seattle, WA 98161-1030
206-230-0212

| | |
|---|---:|
| Interest to Date of Judgment (thru 12/03/10): | $ 1,599.71 |
| Attorney Fees: | $ 7,974.00 |
| Costs: | $   677.58 |

Post judgment interest on the total judgment amount to accrue at the rate of 12% per annum.

   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that plaintiff's lien upon the land and premises described as:

UNIT 305, BUILDING C, MIRA, A CONDOMINIUM, ACCORDING TO THE DECLARATION RECORDED UNDER RECORDING NO. 20060308001550, AND ANY AMENDMENTS THERETO, AND SURVEY MAP AND PLANS IN VOLUME 214 OF CONDOMINIUM PLATS, ON PAGE(S) 55 THROUGH 62, RECORDS OF KING COUNTY, WASHINGTON; SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON; ASSESSOR'S PROPERTY TAX PARCEL OR ACCOUNT NUMBER: 555400-0420-01;

(the "real property") be declared a valid lien exempt from homestead protection under RCW 6.13.080, as security for the payment of the plaintiff's judgment hereinabove set forth;

   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event of nonpayment of the judgment forthwith upon its entry, that plaintiff's lien be foreclosed and that the property described herein be sold at a foreclosure sale in the manner provided by law, and the proceeds therefrom applied on said judgment and accrued interest and such additional amounts as plaintiff may advance for costs of sale, taxes, assessments, municipal charges, and such other items as may constitute liens upon the property, together with insurance and repairs necessary to prevent the impairment of the security and together with interest thereon from the date of payment;

   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the period of redemption shall be one year from the date of the Sheriff's or Marshal's sale after which time the Sheriff or Marshal shall issue the deed to the purchaser;

SUMMARY JUDGMENT AND
FORECLOSURE DECREE - 3

Sundberg & Pody Law Office, PLLC
1215 Fourth Avenue, Suite 920
Seattle, WA 98161-1030
206-230-0212

1
2        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that plaintiff be permitted to become a bidder and purchaser at the sale;

3
4        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that if any deficiency remains after application of the proceeds of the such
5 sale, execution may be issued for any such deficiency against defendants JEFF LAWRENCE and JANE DOE LAWRENCE, husband and wife,
6 and their marital community, as to said defendants' <u>in personam</u>
7 post-petition liability, and enforced against any other property
8 of theirs not exempt from execution;

9        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the rights of each of defendants JEFF LAWRENCE and JANE DOE LAWRENCE, husband
10 and wife, and their marital community, and persons claiming by,
11 through or under them, be adjudged inferior and subordinate to the
12 plaintiff's lien and be forever foreclosed except only for the
13 right of redemption allowed by law, if any;

14       IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff is
15 the holder of a security interest under 26 USC §6323(a), a lien upon the real property;

16
17       IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff's lien for delinquent condominium assessments is superior to the
18 United States' federal tax lien in the amount of $683.87, which
19 was the amount owing as of January 16, 2009, the date the Notice
20 of Federal Tax Lien was recorded;

21       IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff's lien for delinquent condominium assessments is inferior to the
22 United States' federal tax lien for amounts owing after the Notice
23 of Federal Tax Lien was recorded;

24       IT IS FURTHER ORDERED, ADJUDGED and DECREED that a sale of
25 the real property conducted by a Sheriff or Marshall pursuant to

26

**SUMMARY JUDGMENT AND FORECLOSURE DECREE - 4**

Sundberg & Pody Law Office, PLLC
1215 Fourth Avenue, Suite 920
Seattle, WA 98161-1030
206-230-0212

this foreclosure decree, if any, will eliminate and foreclose the United Sates' federal tax lien provided the United States does not payoff plaintiff's superior lien claim in the amount of $683.87 prior to the sale;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED pursuant to RCW 64.34.364(14) that plaintiff is awarded such costs, including reasonable attorney fees, as may be incurred in collecting this judgment;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there being no just reason for delay, the Clerk is expressly directed to enter judgment forthwith.

Dated this 4th day of March, 2011.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Presented by:

Date: __2/28/11____                SUNDBERG & PODY LAW OFFICE, PLLC

___/s/ Inge A. Fordham_____
Inge A. Fordham, WSBA #38256
1215 Fourth Avenue, Suite 920
Seattle, WA 98161-1030
Attorney for plaintiff
ifordham@sundberglaw.com
(206) 230-0212

**SUMMARY JUDGMENT AND FORECLOSURE DECREE - 5**